FILED

05/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0298



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0298

GREGORY DEAN LEHMAN,

    Petitioner,

v.

CAPTAIN SMART, YELLOWSTONE
COUNTY DETENTION CENTER,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: May 13, 2024.

                                                              BOWEN GREENWOOD
                                                              Clerk of the Supreme Court